UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MISTY HELEN WYMER-WECKWORTH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KILOLO KIJAKAZI, Acting Commissioner of ) <br> Social Security, ) <br> Defendant. ) | **JUDGMENT** <br> **IN A CIVIL CASE** <br><br> **CASE NO. 2:22-CV-42-D-RN** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further administrative proceedings.

**This Judgment Filed and Entered on March 21, 2023, and Copies To:**

| | |
|---|---|
| Aaron Lee Dalton | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Dianne Samu | (via CM/ECF electronic notification) |
| Smantha Zeiler | (via CM/ECF electronic notification) |

DATE:
March 21, 2023

PETER A. MOORE, JR., CLERK
(By) /s/ Stephanie Mann
Deputy Clerk