UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| MISTY HELEN WYMER-WECKWORTH<br><br>        Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 2:22-CV-42–D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court awards Plaintiff $4,381.14, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Howard D. Olinsky and Russell R. Bowling and mailed to his office at 77 West Main Street, Franklin, North Carolina 28737, in accordance with Plaintiff's assignment to her attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

**This Judgment Filed and Entered on June 22, 2023, and Copies To:**

| | |
|---|---|
| Russell R. Bowling | (via CM/ECF electronic notification) |
| Brittany Johanna Gigliotti | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Samantha Zeiler | (via CM/ECF electronic notification) |

DATE:  
June 22, 2023

                        PETER A. MOORE, JR., CLERK  
                (By) /s/ Stephanie Mann  
                      Deputy Clerk